No. 1153. PORTLAND TUG & BARGE CO. *v.* UPPER CO-LUMBIA RIVER TOWING CO. ET AL. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Donald A. Schafer* for petitioner. *Carl E. Davidson* for respondents.

No. 1161. SAFEWAY STORES, INC. *v.* PORTER, PRICE ADMINISTRATOR. June 10, 1946. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Elisha Hanson* and *Eliot C. Lovett* for petitioner. *Solicitor General McGrath, John R. Benney* and *Richard H. Field* for respondent.

No. 1170. MCLEOD *v.* CITY OF JACKSON. June 10, 1946. Petition for writ of certiorari to the Supreme Court of Mississippi denied. *Joseph A. Padway* and *Herbert S. Thatcher* for petitioner. *Marcellus Green, W. E. Morse* and *Garner W. Green* for respondent.

No. 1171. BIRCH RANCH & OIL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Walter H. Maloney* for petitioner. *Solicitor General McGrath, Sewall Key, Helen R. Carloss* and *Louise Foster* for respondent.

No. 1172. GUISEPPE BOZZO FU LORENZO *v.* UNITED STATES ET AL.;

No. 1173. ROSASCO *v.* UNITED STATES ET AL.;